693 A.2d 584

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Donald J. BLASIOLI, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 1997.

Reconsideration Denied Aug. 8, 1997.

Timothy Paul Dawson, Adamsburg, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 5th day of June, 1997, the Petition for Allowance of Appeal is GRANTED limited to whether DNA statistical evidence using the product rule was admissible at trial. This case is to be orally argued.